**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jose Luis Antonio Escobar Galdamez,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-02580-PHX-DWL (MTM)

**ORDER**

This is a habeas corpus action under 28 U.S.C. § 2241. (Doc. 1.) Today, Respondents filed a status report indicating that Petitioner was removed on July 31, 2026. (Doc. 9.) It follows that this action is moot.

**IT IS ORDERED** that the Petition (Doc. 1) is **dismissed as moot**. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 8th day of October, 2026.

Dominic W. Lanza
United States District Judge